# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS JAMES YATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-01194-PRW |
| CHRIS AMASON, in his official capacity, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiff Yates' Motion to Dismiss (Dkt. 4). Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure permits a plaintiff to voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Unless the notice specifies to the contrary, such a dismissal will be without prejudice. Here, the named Defendant has not yet filed an answer or motion, so Plaintiff's Yates motion is construed as a notice of dismissal pursuant to Rule 41(a)(1)(i). According, this case is **DISMISSED WITHOUT PREJUDICE**, and the pending Motion for Leave to Proceed in Forma Pauperis (Dkt. 2) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 28th day of December 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE